# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2313

_____

Brandon White

*Plaintiff - Appellant*

v.

Jefferson City Missouri Police Department; Carol English, Cole County
Prosecutor in her individual and official capacity; Jefferson City Missouri
Municipality; Collier Nichols, Officer, in his individual and official capacity; T.
Hughes, Officer, in his individual and official capacity; D. McKinney, Officer, in
his individual and official capacity; Buford Walker, in his individual and official
capacity, also known as Chuck Walker

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: December 2, 2024
Filed: December 5, 2024
[Unpublished]

_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Missouri resident Brandon White appeals following the district court's[1] dismissal of his civil rights action. After careful consideration of the record and the parties' arguments on appeal, we conclude that the district court properly dismissed White's claims. See Clemons v. Crawford, 585 F.3d 1119, 1124 (8th Cir. 2009) (grant of judgment on the pleadings is reviewed de novo); Kurka v. Iowa Cnty., 628 F.3d 953, 957 (8th Cir. 2010) (dismissal for untimely service is reviewed for abuse of discretion); Ketchum v. City of West Memphis, 974 F.2d 81, 82 (8th Cir. 1992) (police departments are subdivisions of their city government and not subject to suit). We also discern no abuse of discretion in the district court's decision to deny White's motion for sanctions. See Chambers v. Pennycook, 641 F.3d 898, 909 (8th Cir. 2011) (denial of motion for sanctions is reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B.

------------------------------

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.